# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

**James L. Corpening, Jr.**
**Chief U.S. Probation Officer**



**310 New Bern Avenue, Room 610**
**Raleigh, NC 27601-1441**
**919-861-8682**
**Fax: 919-861-5555**

**DATE:** November 27, 2017

**FROM:** Linwood E. King
U.S. Probation Officer

**SUBJECT: ROYSTER, William Oscar**
**Case No.: 5:94-CR-26-1BO**
**Request for Early Termination**

**TO:** Terrence W. Boyle
U.S. District Judge

On August 9, 1994, after being found guilty of Conspiracy to Possess With Intent to Distribute and Distribute Cocaine; Extortion (Hobbs Act); Tamper with Witness; and False Declaration Before a Grand Jury, William Oscar Royster appeared in United States District Court for the Eastern District of North Carolina, and was sentenced to 293 months of imprisonment to be followed by 5 years supervised release.

The defendant was released from custody on August 14, 2015, and began supervision in the Eastern District of North Carolina.

He has performed satisfactorily on supervision. He has submitted to DNA testing and all drug screens have been negative. He has paid all of the court-ordered fine ($19,000) and special assessment ($250). He has been on low intensity supervision since October 2016. His supervised release is set to expire on August 13, 2020.

The probation office is requesting early termination. The U.S. Attorney's Office has been contacted and does not oppose early termination. Please indicate the court's preference by marking the appropriate selection below.

- ☑ I agree with the recommendation and have signed the enclosed Order.
- ☐ I disagree with the recommendation. I will reconsider in one year.
- ☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

Terrence Boyle (signature) 11-27-17

Terrence W. Boyle
U.S. District Judge

Date

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

**v.** **Crim. No. 5:94-CR-26-1BO**

**WILLIAM OSCAR ROYSTER**

On August 14, 2015, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,

/s/Michael C. Brittain
Michael C. Brittain
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/Linwood E. King
Linwood E. King
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8682
Executed On: November 27, 2017

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 27 day of November, 2017.

Terrence W. Boyle
U.S. District Judge